# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PNC BANK, N.A.,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　Case No:　6:15-cv-161-Orl-31KRS

**ASSOCIATED CREDIT AND
COLLECTION BUREAU, INC. and
THOMAS DREHER,**

      **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Final Default Judgment on Defendants (Doc. No. 16), filed April 10, 2015.

On August 18, 2015, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted in part. No objections have been filed.   Therefore, it is

    **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Plaintiff's Motion for Final Default Judgment on Defendants is **GRANTED IN PART**.

3. The Court finds that Associated Credit and Collection Bureau, Inc. is liable for breach of the Note (Count I); Thomas Dreher is liable for breach of the Guaranty (Count II); and foreclosure of Plaintiff's lien on the property at 975 Eyster Boulevard, Rockledge, Florida 32955, is appropriate.

4. Plaintiff shall file with the Court by September 25, 2015, a motion for determination of the damages, attorneys' fees, and costs that should be awarded in the final default judgment, along with a proposed order directing the foreclosure sale.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 8, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party