# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PNC BANK, N.A.,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　Case No:   6:15-cv-161-Orl-31KRS

**ASSOCIATED CREDIT AND
COLLECTION BUREAU, INC. and
THOMAS DREHER,**

    **Defendants.**

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Spaulding dated June 17, 2016 (Doc. 38).   No objections to the Report and Recommendation have been filed.

In consideration of the above, the Court finds that the failure to strictly comply with Paragraph 8 of the Final Default Judgment should be excused and that adequate notice of the foreclosure sale was provided.   Accordingly, it is

**ORDERED** that the Motion to Assign Bid Rights and Confirm Sale (Doc. 28) is GRANTED.   Plaintiff's assignment of the credit bid to Land Holding, LLC is APPROVED and the foreclosure sale is hereby CONFIRMED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 18, 2016.



                                  **GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party